4/24

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shane Davis

Plaintiff,

vs.

M. Sayre ET AL;

Defendant.

CV 08 2255 TEH (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

E-filing

I, Shane Davis, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)
3 _____Connor Masonary_____
4 _____
5 _____
6 2.    Have you received, within the past twelve (12) months, any money from any of the following
7 sources:
8     a.    Business, Profession or    Yes ___ No _X_
9         self employment
10     b.    Income from stocks, bonds,    Yes ___ No _X_
11         or royalties?
12     c.    Rent payments?    Yes ___ No _X_
13     d.    Pensions, annuities, or    Yes ___ No _X_
14         life insurance payments?
15     e.    Federal or State welfare payments,    Yes ___ No _X_
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.    Are you married?    Yes ___ No _X_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.    a.    List amount you contribute to your spouse's support : $ _____
28     b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____    - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.   Do you own or are you buying a home?         Yes ___ No _X_
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                    Yes ___ No _X_
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No _X_ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No _X_
18 _____
19 8.   What are your monthly expenses?
20 Rent: $ _____                Utilities: _____
21 Food: $ _____                Clothing: _____
22 Charge Accounts:
23 Name of Account         Monthly Payment         Total Owed on This Acct.
24 _____              $ _____            $ _____
25 _____              $ _____            $ _____
26 _____              $ _____            $ _____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1  State Restitution    $116.50

2

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                            Yes ___  No ✗
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.

13
14  4/24/08                              *Shane Davis*
15     DATE                              SIGNATURE OF APPLICANT

16
17
...
28

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 4 -

|   |   |
|---|---|
| **PELICAN BAY STATE PRISON** | Case Number: _____ |
| S_ _ _ _ _ _ HOUSING UNIT | |
| UNIT D-3 | |

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Shane Davis  for the last six months at
(prisoner's name)

Pelican Bay State Prison  where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____          _____
                                (Authorized officer of the institution)

-5-

Case Number:_____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Shane Clay Davis  P97170</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>16.13</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>27.73</u>.     (20%= $5.55)

Dated: 4/16/08                              _____
                                              Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
EPORT ID: TS3030   .701                                          REPORT DATE:
                                                                 PAGE NO:     1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    PELICAN BAY STATE PRISON
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: OCT. 01, 2007 THRU APR. 16, 2008

CCOUNT NUMBER  : P97170                BED/CELL NUMBER: DF03L 000000116L
CCOUNT NAME    : DAVIS, SHANE CLAY           ACCOUNT TYPE: I
RIVILEGE GROUP: D
                           TRUST ACCOUNT ACTIVITY

       TRAN
ATE    CODE  DESCRIPTION       COMMENT       CHECK NUM  DEPOSITS    WITHDRAWALS   BALANCE
----   ----  ---------------   -----------   ---------  ----------  -----------   -------

0/01/2007    BEGINNING BALANCE                                                      40.50

0/02  FC05  DRAW-FAC 5        1552 D-3                                 39.65         0.85
0/18  W502  POSTAGE CHARG     1822                                      0.02         0.83
0/19  W502  POSTAGE CHARG     1848                                      0.02         0.81
0/19  W502  POSTAGE CHARG     1848                                      0.02         0.79
0/22  W502  POSTAGE CHARG     1864                                      0.02         0.77
0/22  W502  POSTAGE CHARG     1867                                      0.02         0.75
0/22  W502  POSTAGE CHARG     1867                                      0.41         0.34
0/22  W502  POSTAGE CHARG     1867                                      0.02         0.32
1/05  W502  POSTAGE CHARG     2068                                      0.02         0.30
2/13  W502  POSTAGE CHARG     2560                                      0.02         0.28
2/13  W502  POSTAGE CHARG     2560                                      0.02         0.26
2/17*DD30  CASH DEPOSIT       2586 #116               18.00                         18.26
2/18  W513  MISC. CHARGES     2612                                      0.60        17.66
2/31*DD30  CASH DEPOSIT       2749 #126               11.25                         28.91
      ACTIVITY FOR 2008
1/02  W516  LEGAL COPY CH     2773                                      2.60        26.31
1/09  W502  POSTAGE CHARG     2916                                      0.41        25.90
1/09  W502  POSTAGE CHARG     2916                                      0.41        25.49
1/09  W502  POSTAGE CHARG     2916                                      0.41        25.08
1/10*DD30  CASH DEPOSIT       2921 #134               18.00                         43.08
1/15  W516  LEGAL COPY CH     3013                                      0.40        42.68
1/17  W512  LEGAL POSTAGE     3067                                      2.16        40.52
1/17  W512  LEGAL POSTAGE     3067                                      1.31        39.21
1/17  W516  LEGAL COPY CH     3066                                     10.90        28.31
1/18  W415  CASH WITHDRAW     3070 CKREQ 283149539                     13.00        15.31
1/22  W502  POSTAGE CHARG     3133                                      0.02        15.29
2/04  FC05  DRAW-FAC 5        3361 D-3                                 15.29         0.00
2/19*DD30  CASH DEPOSIT       3610 ML159             4.50                            4.50
2/21  W502  POSTAGE CHARG     3661                                      0.41         4.09
3/04*DD30  CASH DEPOSIT       3839 #170             45.00                           49.09
3/06  W502  POSTAGE CHARG     3927                                      0.26        48.83
3/06  W502  POSTAGE CHARG     3927                                      0.41        48.42
3/06  W502  POSTAGE CHARG     3927                                      0.97        47.45
3/14  W516  LEGAL COPY CH     4044                                      0.60        46.85
4/01  W502  POSTAGE CHARG     4241                                      0.41        46.44
4/02  FC05  DRAW-FAC 5        4274 D-3                                 45.00         1.44
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
       TRUST OFFICE

```
EPORT ID: TS3030   .701                                                              PAGE NO:      2
                              PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: OCT. 01, 2007 THRU APR. 16, 2008

CCT:  P97170        ACCT NAME: DAVIS, SHANE CLAY                  ACCT TYPE: I


                         * RESTITUTION ACCOUNT ACTIVITY

ATE SENTENCED: 06/14/00                          CASE NUMBER: 00NF1105
OUNTY CODE: ORA                                  FINE AMOUNT: $      200.00

  DATE        TRANS.     DESCRIPTION                     TRANS. AMT.         BALANCE
  ------      ------     -----------------------------   -----------         ----------

0/01/2007     BEGINNING BALANCE                                                24.00

2/17/07       DR30       REST DED-CASH DEPOSIT              20.00-              4.00
2/31/07       DR30       REST DED-CASH DEPOSIT               4.00-              0.00


                         * RESTITUTION ACCOUNT ACTIVITY

ATE SENTENCED: 10/10/00                          CASE NUMBER: 00NF0275
OUNTY CODE: ORA                                  FINE AMOUNT: $      200.00

  DATE        TRANS.     DESCRIPTION                     TRANS. AMT.         BALANCE
  ------      ------     -----------------------------   -----------         ----------

0/01/2007     BEGINNING BALANCE                                               200.00

2/31/07       DR30       REST DED-CASH DEPOSIT               8.50-            191.50
1/10/08       DR30       REST DED-CASH DEPOSIT              20.00-            171.50
2/19/08       DR30       REST DED-CASH DEPOSIT               5.00-            166.50
3/04/08       DR30       REST DED-CASH DEPOSIT              50.00-            116.50

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS         TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE        TO BE POSTED
  ---------    -----------    -----------    -----------   -----------     -------------

    40.50         96.75          135.81          1.44          0.00             0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
     1.44