C08-2255TEH

TO: THE OFFICE OF THE COURT CLERK,
U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT
450 GOLDENGATE AVE.
SAN FRANCISCO, CA. 94102-3483

FROM: SHANE DAVIS
11555 Santa Maria
Stanton, Ca 90680

**FILED**
JUN X 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RE: SHANE DAVIS V. SAYRE ET.AL., CASE NO. _____

DEAR COURT CLERK,

I WRITE IN REGARDS TO THE ABOVE REFERENCED CASE. ON 4-20-08 I SIGNED AND SENT MY COMPLAINT FOR CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C § 1983 TO THE COURT VIA U.S. MAIL. HOWEVER, I HAVE NOT YET BEEN NOTIFIED WHETHER MY COMPLAINT HAS BEEN PLACED ON THE COURT DOCKET AND/OR GIVEN A CASE NUMBER.

I WOULD APPRECIATE YOUR HELP IN LETTING ME KNOW IF MY COMPLAINT HAS BEEN FILED IN THE COURT.

FURTHER, I AM HEREBY NOTIFYING THE COURT THAT I WILL BE PAROLING FROM THE DEFENDANTS CUSTODY AS OF _____ AND WILL HAVE A CHANGE OF ADDRESS. PLEASE FORWARD ALL DOCUMENTS TO MY NEW FORWARDING ADDRESS LISTED BELLOW.

RESPECTFULLY SUBMITTED,

DATED: 5-28-08

_____
SHANE DAVIS - PLAINTIFF
PRO SE.

NEW ADDRESS: SHANE DAVIS
11555 Santa Maria
Stanton, Ca
90680