EDMUND G. BROWN JR.
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
WILFRED FONG
Deputy Attorney General
State Bar No. 154303
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2114
 Fax:  (510) 622-2121
 E-mail:  Wil.Fong@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANE DAVIS,** | Case No.  C082255 TEH |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| **M. SAYRE, et al.,** | Complainti Filed:  April 30, 2008 |
| Defendants. | |

   The parties having so stipulated, this entire action, including all claims and as to all defendants, is hereby DISMISSED with prejudice.

**SO ORDERED**.

DATED: 12/18/08 _____

*Judge Thelton E. Henderson*

OK2008900613

1

[Proposed] Order Dismissing Entire Action with Prejudice (C082255 TEH)